# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 27, 2009

138107

IN RE OLGA TRAWCZYNSKI,
Deceased

_____

LYNDSEY R. MAGNUS, Individually
and as Personal Representative of the
Estate of Olga Trawczynski, Stephanie
Hornsby, Marcyanna Reusch,
Bernadine Magnus, Nicole Magnus,
Ryan Magnus, and Alison Magnus,
              Plaintiffs-Appellants,

v

DEBORRA CLINARD and DOUGLAS E.
TRAWCZYNSKI, Individually and as
Co-Trustees of the Olga Trawczynski
Trust, KATHRYN SUSSMAN, and
COUZENS, LANSKY, FEALK, ELLIS,
ROEDER & LAZAR, P.C.,
              Defendants-Appellees.

_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 138107
COA: 287368
Macomb Probate Ct:
        2008-192688-TV

On order of the Court, the application for leave to appeal the October 15, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 27, 2009

_____
Clerk

l0518